5/11/2015 2:06 PM DJ

| THE STATE OF TEXAS | {} | IN THE SIXTH DISTRICT COURT |
|---|---|---|
| VS.      CAUSE NOS. 25636 & 25637 | {} | OF |
| GLENN EDWIN RUNDLES | {} | LAMAR COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/13/2015 8:52:58 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Glenn Edwin Rundles, Defendant in the above styled and numbered causes and gives this written notice of appeal of the Judgment of Conviction and Sentence herein rendered in these cases.

Signed on this the ___7___ day of May, 2015.

_____
Defendant

FILED FOR RECORD
LAMAR COUNTY, TEXAS
2015 MAY -8  PM 3:29
SHAWNTEL GOLDEN
DISTRICT CLERK
BY_____
_____DEPUTY